**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1829**

RICHARD R. TISDALE,

Plaintiff - Appellant,

v.

FEDERAL BUREAU OF INVESTIGATION; INTERNAL REVENUE SERVICE; UNITED STATES NAVY; NATIONAL AERONAUTICS SPACE ADMINISTRATION,

Defendants - Appellees,

and

OYSTER POINT SELF-SERVICE STORAGE; BANK OF AMERICA; HUNTINGTON NATIONAL BANK; UNITED STATES,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, Senior District Judge. (3:17-cv-00305-HEH-RCY)

Submitted: December 19, 2019                    Decided: December 23, 2019

Before NIEMEYER, AGEE, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard R. Tisdale, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard R. Tisdale appeals the district court's order denying relief on his civil action. On appeal, we confine our review to the issues raised in the Appellant's informal brief. *See* 4th Cir. R. 34(b). Because Tisdale's informal brief does not challenge the basis for the district court's disposition, Tisdale has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*